**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VICTOR NOEL SILLAS-IRIBE, AKA Lerma Victor Urias, | No. 14-72715 |
| Petitioner, | Agency No. A205-714-613 |
| v. | MEMORANDUM* |
| LORETTA E. LYNCH, Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 20, 2016**

Before:    CANBY, TASHIMA, and NGUYEN, Circuit Judges.

Victor Noel Sillas-Iribe, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's removal order.  We have jurisdiction under 8 U.S.C.

---

*        This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

**        The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

§ 1252. We review de novo questions of law, *Vilchez v. Holder*, 682 F.3d 1195, 1198 (9th Cir. 2012), and we deny the petition for review.

The BIA correctly concluded that Sillas-Iribe's conviction under California Health & Safety Code § 11350(a) is for a crime "relating to a controlled substance," rendering him removable under 8 U.S.C. § 1182(a)(2)(A)(i)(II), where the plea agreement refers to "Count 1: 11350(a)" and count 1 of the felony complaint specifies cocaine. *See* 21 U.S.C. § 812(c), sched. II(a)(4); *Coronado v. Holder*, 759 F.3d 977, 986 (9th Cir. 2014) ("Where the minute order or other equally reliable document specifies that a defendant pleaded guilty to a particular count of a criminal complaint, the court may consider the facts alleged in the complaint."); *United States v. Torre-Jimenez*, 771 F.3d 1163, 1168-69 (9th Cir. 2014) ("the phrase 'as charged in the Information (or Indictment)' is not required where the documents are unambiguous").

**PETITION FOR REVIEW DENIED.**

14-72715